**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **REYDEL MARTI CORONA** | **CASE NO.  1:26-CV-00868 SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **ANDREA SHAVER ET AL** | **MAG. JUDGE PEREZ-MONTES** |

## ORDER

After a *de novo* review of the record, and having considered the Report and Recommendation of the Magistrate Judge, the Objection thereto filed by Petitioner, and finding that the recommendation of the Magistrate Judge is correct under applicable law,

IT IS HEREBY ORDERED that the Motion to Transfer to the Southern District of Texas (Doc. 34) is GRANTED and the Clerk of Court shall transfer this case accordingly.

THUS DONE in Chambers on this 27th day of July, 2026.

_____
JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE